B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**THP Graphics Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**58-1309311** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1118 Culpepper Drive**<br>**Conyers, GA**<br>ZIP Code **30094** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Rockdale** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | THP Graphics Group, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **THP Graphics Group, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Barbara Ellis-Monro**
Signature of Attorney for Debtor(s)

**Barbara Ellis-Monro 246117**
Printed Name of Attorney for Debtor(s)

**Ellenberg, Ogier, Rothschild & Rosenfeld, P.C.**
Firm Name

**170 Mitchell Street, S.W.**
**Atlanta, GA 30303-3424**

_____
Address

**(404) 525-4000  Fax: (404) 526-8855**
Telephone Number

**August 1, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jefferson R. Riley**
Signature of Authorized Individual

**Jefferson R. Riley**
Printed Name of Authorized Individual

**President & CEO**
Title of Authorized Individual

**August 1, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Northern District of Georgia

In re   **THP Graphics Group, Inc.**   Case No.
Debtor(s)   Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | Credit Card | | 55,439.00 |
| AT&T Advertising<br>P.O. Box 105024<br>Atlanta, GA 30384-5024 | AT&T Advertising<br>P.O. Box 105024<br>Atlanta, GA 30384-5024 | trade debt | | 8,554.96 |
| Athens Paper Co.<br>PO Box 932811<br>Atlanta, GA 31193-2811 | Athens Paper Co.<br>PO Box 932811<br>Atlanta, GA 31193-2811 | trade debt | | 46,235.05 |
| BB&T<br>Visa Business Card<br>PO Box 15710<br>Wilmington, DE 19886-5710 | BB&T<br>Visa Business Card<br>PO Box 15710<br>Wilmington, DE 19886-5710 | Credit Card | | 28,193.75 |
| BB&T<br>Item Processing Center<br>PO Box 580050<br>Charlotte, NC 28258-0050 | BB&T - Item Processing Cntr<br>PO Box 580059<br>Charlotte, NC 28258-0050 | business loan | | 1,553,360.56<br><br>(500,000.00 secured) |
| BB&T - Item Processing Center<br>PO Box 580050<br>Charlotte, NC 28258-0050 | BB&T - Item Processing Center<br>PO Box 580050<br>Charlotte, NC 28258-0050 | | | 197,606.15 |
| BB&T - Item Processing Center<br>PO Box 580050<br>Charlotte, NC 28258-0050 | BB&T - Item Processing Center<br>PO Box 580050<br>Charlotte, NC 28258-0050 | | | 79,191.93 |
| Brown Printing Company<br>PO Box 704<br>Waseca, MN 56093-0704 | Brown Printing Company<br>PO Box 704<br>Waseca, MN 56093-0704 | trade debt | | 27,290.91 |
| Canon Business Solutions, Inc.<br>15004 Collections Center Drive<br>Chicago, IL 60693 | Canon Business Solutions, Inc.<br>15004 Collections Center Drive<br>Chicago, IL 60693 | Svc Copiers | | 42,698.47 |
| Canon Financial Srvs, Inc.<br>14904 Collections Center Drive<br>Chicago, IL 60693-0149 | Canon Financial Srvs, Inc.<br>14904 Collections Center Drive<br>Chicago, IL 60693-0149 | lease | | 27,372.45 |

B4 (Official Form 4) (12/07) - Cont.

In re  **THP Graphics Group, Inc.**                                         Case No. _____

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Family Folders, Inc.**<br>1255 Oakbrook Dr.<br>Suite A<br>Norcross, GA 30093 | **Family Folders, Inc.**<br>1255 Oakbrook Dr.<br>Suite A<br>Norcross, GA 30093 | | | 6,228.00 |
| **Heidelberg USA, Inc.**<br>PO Box 845180<br>Dallas, TX 75284-5180 | **Heidelberg USA, Inc.**<br>PO Box 845180<br>Dallas, TX 75284-5180 | trade debt | | 17,664.61 |
| **Mac Papers**<br>PO Box 930513<br>Atlanta, GA 31193-0513 | **Mac Papers**<br>PO Box 930513<br>Atlanta, GA 31193-0513 | trade debt | | 54,841.01 |
| **Mailprint Direct**<br>2576 Old Covington Hwy.<br>Conyers, GA 30012 | **Mailprint Direct**<br>2576 Old Covington Hwy.<br>Conyers, GA 30012 | | | 6,100.00 |
| **Print Graphics**<br>PO Box 631039<br>Cincinnati, OH 45263-1039 | **Print Graphics**<br>PO Box 631039<br>Cincinnati, OH 45263-1039 | trade debt | | 7,164.49 |
| **Rockdale County**<br>**Tax Commissioner**<br>PO Box 1497<br>Conyers, GA 30012-7597 | **Rockdale County**<br>**Tax Commissioner**<br>PO Box 1497<br>Conyers, GA 30012-7597 | Property Taxes | | 23,500.02 |
| **The Hartford**<br>PO Box 2907<br>Hartford, CT 06104-2907 | **The Hartford**<br>PO Box 2907<br>Hartford, CT 06104-2907 | | | 6,096.08 |
| **Unisource Worldwide, Inc.**<br>PO Box 409884<br>Atlanta, GA 30384-9884 | **Unisource Worldwide, Inc.**<br>PO Box 409884<br>Atlanta, GA 30384-9884 | trade debt | | 23,513.73 |
| **US Bancorp Equip Finance**<br>PO Box 790413<br>Saint Louis, MO 63179-0413 | **US Bancorp Equip Finance**<br>PO Box 790413<br>Saint Louis, MO 63179-0413 | lease | | 10,765.78 |
| **Xpedx**<br>PO Box 677319<br>Dallas, TX 75267-7319 | **Xpedx**<br>PO Box 677319<br>Dallas, TX 75267-7319 | trade debt | | 58,192.65 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President & CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 1, 2011**                            Signature  **/s/ Jefferson R. Riley**
                                                                **Jefferson R. Riley**
                                                                **President & CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Aakron Rule Corp
PO Box 418
8 Indianaola Ave
Akron, NY 14001


AEF Emblem Supply
3575 Corsham
Carmel, IN 46032


Alpha Shirt Company
PO Box 905514
Charlotte, NC 28290-5514


Aluma Panel Co.
2410 Oak Street W
Cumming, GA 30041


American Express
PO Box 650448
Dallas, TX 75265-0448


ARC
PO Box 277470
Atlanta, GA 30384-7470


Art Laminating & Finishing
1401 Marietta Blvd, NW
Atlanta, GA 30318


AT&T Advertising
P.O. Box 105024
Atlanta, GA 30384-5024


AT&T Pro-Cabs
6451 N. Federal Hwy
Fort Lauderdale, FL 33308

Case 11-72404-jrs    Doc 1    Filed 08/01/11    Entered 08/01/11 15:28:39    Desc Main
THP Group  Document  Page 6 of 15

Athens Paper Co.
PO Box 932811
Atlanta, GA 31193-2811


Atlas Copco
4140 World Houston
Suite 120
Houston, TX 77032


ATS Graphics
PO Box 1270
Kennesaw, GA 30156


BB&T
Item Processing Center
PO Box 580050
Charlotte, NC 28258-0050


BB&T
Visa Business Card
PO Box 15710
Wilmington, DE 19886-5710


BB&T - Item Processing Center
PO Box 580050
Charlotte, NC 28258-0050


Blue Box Trailers, Inc.
PO Box 16768
Atlanta, GA 30321


Brown Printing Company
PO Box 704
Waseca, MN 56093-0704


Business Printing Solutions
1263 Barnes Street
Atlanta, GA 30318

Cannon Financial Services, Inc
14904 Collections Center Dr
Chicago, IL 60693


Canon Business Solutions, Inc.
15004 Collections Center Drive
Chicago, IL 60693


Canon Financial Srvs, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149


CDW Direct, LLC
200 N Milwakee Ave.
Vernon Hills, IL 60061


Charter Communications
PO Box 742615
Cincinnati, OH 45274-2615


Coatings & Adhesives Corp
1901 Popular St, NE
PO Box 1080
Leland, NC 28451


Computer Dynamics
7596 Pitt Street
PO Box 490
Grimesland, NC 27837


Covington Air Systems, Inc.
PO Box 1526
Covington, GA 30015


Coyle Management, LLC
dba Peeples Printing
2190 Hilton Drive
Gainesville, GA 30501

```
Dell Financial SVCS
c/o DFS Customer Care Dept.
PO Box 815577
Austin, TX 78708-1577


Direct Technologies, Inc.
PO Box 3955
Suwanee, GA 30024


Disc Makers
7905 N Route 130
Pennsauken, NJ 08110-1402


Discount Labels, Inc.
PO Box 644276
Pittsburgh, PA 15264-4276


ECI Brittania
4400 Alliance Gateway Fwy
Suite 154
Fort Worth, TX 76177-3706


Ennis Business Forms, Inc.
PO Box 841741
Dallas, TX 75284-1741


Essef Distributors, Inc.
PO Box 520
Williston Park, NY 11596


Estes Express Lines
PO Box 25612
Richmond, VA 23260-5612


Express Color
4734 Frederick Dr, SW
Atlanta, GA 30336
```

Family Folders, Inc.
1255 Oakbrook Dr.
Suite A
Norcross, GA 30093


GSN, Inc.
dba Universal Signs
1889 Brandy Woods Trail
Conyers, GA 30013


Gutenberg's Letterpress
1720 Cumberland Point Dr.
Suite 3
Marietta, GA 30067


Harper Engraving
PO Box 270
Covington, GA 30015


Heidelberg USA, Inc.
PO Box 845180
Dallas, TX 75284-5180


Leaf
PO Box 644006
Cincinnati, OH 45264-4006


Mac Papers
PO Box 930513
Atlanta, GA 31193-0513


Mailprint Direct
2576 Old Covington Hwy.
Conyers, GA 30012


OFC Capital-Corp Acctg Dept
576 Colonial Park Dr.
Suite 100
Roswell, GA 30075

```
Office Depot
PO Box 633211
Cincinnati, OH 45263-3211



Paperfold/GF, Inc.
c/o Paragon Financial Group
961 Sampler Way
Atlanta, GA 30344



Piper Plastics, Inc.
PO Box 536
Mundelein, IL 60060-0536



Pistl Service Corp.
915 Fee Fee Rd
Maryland Heights, MO 63043



Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874



Print Graphics
PO Box 631039
Cincinnati, OH 45263-1039



Print XCel
PO Box 536900
Atlanta, GA 30353-6900



Printco, Inc.
1434 Progress Lane
Omro, WI 54963



Printegra
PO Box 644276
Pittsburgh, PA 15264-4276
```

Proveer USA
3939 Royal Dr, NW
Suite 135
Kennesaw, GA 30144


Providence
44 Warren St.
Providence, RI 02907-2400


QuikTrip - Fleet Services
PO Box 6293
Carol Stream, IL 60197-6293


Ricoh Americas Corporation
5 Dedrick Place
Caldwell, NJ 07006


Rockdale County
Tax Commissioner
PO Box 1497
Conyers, GA 30012-7597


Sam's Club/GEMB
PO Box 5300981
Atlanta, GA 30353-0981


Sanmar Corp.
PO Box 643693
Cincinnati, OH 45264-3693


Shell Fleet Processing Center
PO Box 689010
Des Moines, IA 50368-9010


Southeastern Envelope, Inc.
4387 Commerce Circle
Atlanta, GA 30336

Specialty Mailers, Inc.
3471 Atlanta Ind. Pkwy
Suite 100
Atlanta, GA 30331-1039


Stouse Sign & Decal, Inc.
300 New Century Parkway
New Century, KS 66031-1128


TechnoTrans America, Inc.
PO Box 5815
Carol Stream, IL 60197-5815


The Antigua Group, Inc.
PO Box 5300
Peoria, AZ 85385-5300


The Hartford
PO Box 2907
Hartford, CT 06104-2907


The Imagery Group, Inc.
2603 Cruzen St
Nashville, TN 37211


Timber Products Inspection
PO Box 919
Conyers, GA 30012


Trade Service
15092 Avenue of Science
San Diego, CA 92128-3404


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085

Unisource Worldwide, Inc.
PO Box 409884
Atlanta, GA 30384-9884


United Stationers
Financial Services, LLC
PO Box 7780-1724
Philadelphia, PA 19182-1724


UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001


US Bancorp Equip Fin
PO Box 790413
Saint Louis, MO 63179-0413


US Bancorp Equip Finance
PO Box 790413
Saint Louis, MO 63179-0413


Wikoff Color Corp
PO Box 75934
Charlotte, NC 28275-0934


William D Fortson, Jr.  &
Stephanie G. Fortson
8153 Access Rd
Covington, GA 30014


Xerox Corporation
PO Box 7405
Pasadena, CA 91109-7405


Xpedx
PO Box 677319
Dallas, TX 75267-7319

```
Yellow Book Mid-Atlantic
PO Box 11815
Newark, NJ 07101-8115
```